Alfred G. ANZEVINO, Jr.

v.

TOWER MFG. CO.

No. 84–287–M.P.

Supreme Court of Rhode Island.

June 14, 1984.

Marc B. Gursky, Providence, for petitioner.

Eldridge H. Henning, Jr., Providence, for respondent.

ORDER

The petition for writ of certiorari is denied.

Francis LUCAS

v.

HOWARD JOHNSON CO.

No. 84–275–M.P.

Supreme Court of Rhode Island.

June 14, 1984.

Raul L. Lovett, Providence, for petitioner.

Howard L. Feldman, Providence, for respondent.

ORDER

The petition for writ of certiorari is denied.

Julio LAMAS

v.

SUPERIOR COURT OF PROVIDENCE COUNTY et al.

No. 84–311–M.P.

Supreme Court of Rhode Island.

June 14, 1984.

William F. Reilly, Public Defender, Lise J. Gescheidt, Janice M. Weisfeld, Asst. Public Defenders, for petitioner.

Dennis J. Roberts II, Atty. Gen., for respondents.

ORDER

The petition for writ of habeas corpus is denied.